[No. 6933.   Decided March 4, 1908.]

THE CITY OF SEATTLE, *Appellant*, v. SEATTLE ELECTRIC COMPANY, *Respondent.*[1]

Appeal from a judgment of the superior court for King county, Morris, J., entered March 7, 1907.   Affirmed.

*Scott Calhoun* and *Elmer E. Todd*, for appellant.

*James B. Howe* and *Hugh A. Tait*, for respondent.

PER CURIAM.—This case presents the question discussed and decided in *Seattle v. Seattle Electric Co., ante* p. 599, 94 Pac. 194. For the reasons therein stated it will stand affirmed.

[1]Reported in 94 Pac. 196.